IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALEX DOUGLAS,

    Petitioner,

v.                                                     CASE NO. 5:15-cv-124-LC-GRJ

SECRETARY, FLA. DEP'T
OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 3, 2017, (ECF No. 13), recommending that the Petition be denied. Petitioner has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is

adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus, (ECF No. 1), is **DENIED.**

3. A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 1st day of September, 2017.

*s/L.A. Collier*
**LACEY A. COLLIER
UNITED STATES SENIOR DISTRICT JUDGE**